UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICIA AGEE,

    Plaintiff,

vs.                                                    **Case No.** 3:03-cv-1024-J-12MCR

SEARS ROEBUCK AND CO.,

    Defendant.

---

## ORDER OF DISMISSAL

This cause is before the Court on the Mediation Report (Doc.18), filed April 27, 2005. Mediator Dominic M. Caparello, Esq. advises the Court that the parties have completely settled the case. Accordingly, it is

**ORDERED** that this cause is hereby **DISMISSED**, subject to the right of any party to move within sixty (60) days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate all pending motions, hearings, and deadlines.

**DONE AND ORDERED** this __28TH__ day of April 2005.

                                                    */s/ Howell W. Melton*
                                              **SENIOR UNITED STATES DISTRICT JUDGE**

c:    Counsel of Record